RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Digitally signed by
Franchesca Torres
Date: 2024.11.27
10:36:51 -04'00'

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br>v.<br><br><br>ALEXIS ABREU-CORDERO,<br><br>Defendant. | INFORMATION<br><br>CRIMINAL NO.  24-452 (ADC)<br><br>Violation:<br><br>(COUNT ONE)<br>Title 8, *United States Code*, Section 1325(a) |

## INFORMATION

The United States charges:

### COUNT ONE

#### Entry Without Inspection
#### (Title 8, *United States Code*, Section 1325(a))

Beginning on a date unknown, and continuing thereafter, up to and including February 16, 2023, in the District of Puerto Rico, elsewhere and within the jurisdiction of this Court, the defendant,

**ALEXIS ABREU-CORDERO,**

who is an alien as the term is defined in Title 8, *United States Code,* Section 1101(a)(3), did knowingly and illegally enter the United States and thereafter did elude examination and inspection by immigration officers.

1

All in violation of Title 8, *United States Code*, Section 1325(a)(1) and (a)(2).

W. STEPHEN MULDROW
United States Attorney

_____
Max Perez-Bourét
Assistant United States Attorney, Chief
Transnational Organized Crime Section

_____
María L. Montañez-Concepción
Assistant United States Attorney, Deputy Chief
Transnational Organized Crime

_____
Jorge L. Matos
Assistant United States Attorney
Transnational Organized Crime

2