# Memorandum

| Subject<br>Request for Filing of Information<br>(18 U.S.C. § 4) | Date<br><br>November 27, 2024 |
| --- | --- |

To:

From:  JORGE MATOS ORTIZ  Digitally signed by JORGE MATOS ORTIZ  Date: 2024.11.27 10:20:12 -04'00'

Ada I. García-Rivera, Esq., CPA
Clerk, US District Court

s/ AUSA Jorge L. Matos

Pursuant to Rule 7 of the Federal Rules of Criminal Procedure, attached please find the original of the Information that will be filed before the Court. Please be advised that the information charges the defendants with a violation of Title 8, *United States Code*, Section 1325(a).

Should there be any questions, please do not hesitate to call AUSA Jorge L. Matos, telephone number (787) 340-1590.

| # | Defendant's name | Criminal No. | Represented by: | AUSA |
| --- | --- | --- | --- | --- |
| 1 | Alexis Abreu-Cordero | 23-cr-53-ADC-10 | Anita Hill-Adames | Jorge L. Matos |